IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINO HARRERA TAPIA,

    Plaintiff,

  v.

RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,

    Defendants.
                                       /

No. C 08-4995 CW

CASE MANAGEMENT ORDER

    The April 9 hearing on Defendant's motion to dismiss is hereby vacated.  The April 9 case management conference will proceed as planned unless otherwise directed by the Court.  If Plaintiff has not secured new counsel by March 26, Defendant may file a status report and move to continue the case management conference in lieu of filing a formal case management statement.  If Plaintiff secures new counsel before March 26, he must notify the Court immediately and the parties should stipulate to a briefing schedule on the pending motion to dismiss.

    Vicki Roth, power of attorney for Plaintiff's former counsel, is ordered to serve a copy of this order on Plaintiff.

    IT IS SO ORDERED.

Dated: 2/19/09

                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAULINO HERRERA TAPIA et al,

        Plaintiff,

v.

RECONTRUST COMPANY et al,

        Defendant.
        _____/

Case Number: CV08-04995 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kristine Theodesia Takvoryan
M.W. Roth PLC
13245 Riverside Drive
Suite 320
Sherman Oaks, CA 91423

Vicki Roth
c/o M.W. Roth PLC
13245 Riverside Drive
Suite 320
Sherman Oaks, CA 91423

Dated: February 19, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2