United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINO HARRERA TAPIA,

    Plaintiff,

  v.

RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,

    Defendants.
                                              /

No. C 08-4995 CW

CASE MANAGEMENT ORDER

    This case has been stayed for nearly three months because of the incapacity of Plaintiff's attorney.  The Court has been advised that the attorney's law practice has ceased and the Superior Court of California has assumed jurisdiction over it.

    If Plaintiff wishes to pursue this action, he must either obtain new counsel or notify the Court that he intends to represent himself.  By June 12, 2009, Plaintiff must file either a notice of appearance by his new counsel, or a notice providing the Court with his current mailing address and phone number and stating that he intends to represent himself in this matter.  If neither document is filed by June 12, the case will be dismissed without prejudice for failure to prosecute.

    The Court will send a copy of this order by mail to the address of the property that is the subject of this action.  However, because the Court cannot be assured that Plaintiff

1  currently resides at that location, the Court will also send a copy
2  of this order to the State Bar of California.  The Court
3  respectfully requests that the State Bar serve the order on
4  Plaintiff.
5        IT IS SO ORDERED.

7  Dated: 5/13/09
8                                         CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAULINO HERRERA TAPIA et al,

        Plaintiff,

v.

RECONTRUST COMPANY et al,

        Defendant.

Case Number: CV08-04995 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

M.W. Roth PLC
13245 Riverside Drive
Suite 320
Sherman Oaks, CA 91423

State Bar of California
Office of the Chief Trial Counsel
Scott J. Drexel, Chief Trial Counsel
Patsy Cobb, Deputy Chief Trial Counsel
Alan B. Gordon, Assistant Chief Trial Counsel
Rizamari C. Sitton, Deptuy Trial Counsel
1149 South Hill Street
Los Angeles, CA 90015-2299

Paulino Tapia
2161 Sugartree Drive
Pittsburg, CA 94565

Paulino Tapia
68 Huntington Circle
Pittsburg, CA 94565

Dated: May 13, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk