IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAULINO HARRERA TAPIA,

    Plaintiff,

  v.

RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,

    Defendants.
                                        /

No. C 08-4995 CW

ORDER OF DISMISSAL

    On May 13, 2009, the Court ordered Plaintiff to file by June 12, 2009 either a notice of appearance by new counsel or a notice providing the Court with his current mailing address and phone number and stating that he intends to represent himself in this matter.  The Court informed Plaintiff that if neither document was filed by June 12, the case would be dismissed without prejudice for failure to prosecute.  Plaintiff did not file a notice with the Court as required by the May 13 order.  Accordingly, this case is dismissed without prejudice for failure to prosecute.  The clerk shall enter judgment and close the file.

    IT IS SO ORDERED.

Dated: 6/18/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAULINO HERRERA TAPIA et al,

        Plaintiff,

v.

RECONTRUST COMPANY et al,

        Defendant.

Case Number: CV08-04995 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paulino Herrera Tapia
2161 Sugartree Drive
Pittsburg, CA  94565

Paulino Tapia
68 Huntington Circle
Pittsburg, CA  94565

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk